Executive Summary
Camp Trowbridge Disposition
50261 COUNTY HIGHWAY 17, Vergas, MN
Monthly Operating Report
April 2014

**Overview**

The asset is managed and leased by Copaken Brooks, LLC as Court Appointed Receiver, hereinafter referred to as "C-B." C-B has entered into a Cooperative Brokerage Agreement with Coldwell Banker Preferred Partners.

C-B took possession of the land on December 11th, 2013 through the court appointed receivership in order to maintain property and dispose of land through a sale transaction. Proceeds of sale will be applied to outstanding liens, debts deferred fees and commissions.

The property consists of approximately 88 acres of land with small structures scattered throughout; formerly used as a private campground.

**Revenue/Expense**

For the period ending March 31st, 2014, revenue was $0.00 since the property is vacant and unusable during the winter season. Revenue will continue as such unless the property can be leased; however, unlikely.

General and Administrative Expenses for the period ending March 31st, 2014 are equal to $8,070.00 (including expenses for gas and electricity, professional services, snow removal and insurance). The Net Operating Income since C-B took possession of the property is ($8,070.00) which was expected. This does not include any deferred payment charges to Copaken Brooks.

**Operations**

- BJ Property Management continues to review the property on a regular basis, as access allows, to complete inspections of the property and administer clean up and repairs as needed.
- Buildings have been winterized and seem to be in stable condition.
- No major repairs have been identified at this time.

- As soon as the property is more easily accessible, C-B will coordinate for an inventory of the property to be taken including structures, furniture, fixtures and equipment as well as any trade items leftover from the previous occupant.
- BJ Property Management will continue to visit property on a regular basis to make sure systems and property are kept in good working order.
- BJ Property Management is scheduled to visit the property no less than once per month.
- Since winter began in 4th quarter 2013, the property has been under a substantial amount of snow and is virtually inaccessible. Inspections that have taken place have required a snow plow to gain access to the property.

**Legal**

Matthew Faul, with Lathrop and Gage, has agreed to assist with forwarding and filing reports as required by the court.

To my knowledge, there is no current legal action pending on the property.

**Property Sale**

Several prospective buyers have been identified as potential avenues for selling the land and its parts. Please see the attached activity report for more detailed information.

- Property is listed on local and regional MLS databases
- Property is also listed on Loopnet, CoStar to market on a national basis
- Email blasts and calling efforts are completed regularly in order to identify prospective buyers.
- Local marketing agent (Coldwell Banker) has met with local municipalities to identify any opportunities on a local basis

We believe the highest and best use for the property is as a lakeshore residential development. Efforts have been completed in order to market the property as such and identify real estate developers interested in taking on the project.

The property was originally listed at $2,400,000 and has since been reduced to a listing price of $2,250,000 in order to entice more activity from developers as spring approaches.

Camp Fire

# Disposition Report

## MARKETING STATUS REPORT - 4.8.2014

*Previous 30 days*

copaken brooks

| Property Address | Building Type | Brokers | Total SF in Bldg | Available Land For Sale (AC) | % of Bldg Leased | Date Received/ Current Sale Price | Other Notes |
|---|---|---|---|---|---|---|---|
| 50261 County Hwy 17, Vergas, Minnesota | Land (former campground) | Coldwell Banker Preferred Partners, Copaken Brooks, LLC | - | 89.33 Acres (2 parcels) | - | 1/1/2014 - $2,400,000 | - Physical inspection-completed, plans coordinated and marketing information designed and sent out.<br>- Signage has been installed and approved. |

### Most Recent Marketing Activities (Past 30 Days)

| Marketing Activities | Type | Content | Date | Comments | Other Notes |
|---|---|---|---|---|---|
| Email Blast | Mass Email | Marketing Flyer/Building Details | 03/17/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | Listing price has been reduced to $2,250,000 as of 3/17/14 |
| Direct Canvassing | Hand Delivery | Marketing Details | 03/18/14 | Hand delivered land details to local contacts in the Vergas area. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 03/31/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 04/01/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 04/04/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 04/14/14 | Next email blast scheduled to be sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | Ongoing | Sent e-mail blast to prospects/brokers/landlords and investors on a local, regional and national level. Email to be sent every two (2) weeks. | |
| Prospecting | Phone Calls | Building details | Ongoing | Making cold calls and follow up calls to prospects/brokers/landlords and investors on a local, regional and national level. Cold calls and follow up calls to be made on a regular and scheduled basis. | |
| Site visit | Inspection | Site visit by property manager and/or marketing agent. | Ongoing | Site will be inspected for repairs, upkeep and other maintenance items to keep it in good and working order. | |

### Prospects

| Last Update | Prospect Type | Tenant Name | Status* | Brokerage Company | Proposed Occupancy Date | Date of Initial Proposal | Sale/Lease Terms (mos.) | Sale Price/ Avg. Lease Rate | Total T.I.'s ($/SF) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2014 | Investor/Buyer | Coventry Acquisitions | 1 | Copaken Brooks | - | - | - | - | - | C-B has identified a group that may be interested in purchassing the Campground. Preliminary information has been sent. C-B and local marketing agent are following up to coordinate buyer's level of interest. |
| 3/11/2014 | County/State | Otter Tail County | 1 | Copaken Brooks | - | - | - | - | - | C-B is continuing to follow up to firm up interest level from Dept of Natural Resources. If the DNR is not interested in helping with the property the TPL will not agree to fund a land purchase. |
| 3/12/2014 | Developer | Undisclosed | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Information has been forwarded to a developer considering land in the area for development. Following up to gauge interest. |
| 1/16/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with Economic Developer from City of Perham. Preliminary information has been sent. |
| 1/6/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with City of Detroit Lakes Mayor. Preliminary information has been sent. |

*1 = Preliminary; 2 = Toured Property; 3 = Space Planning; 4 = Proposal Submitted; 5 = Negotiation in Progress; 6 = Awaiting Purchase Approval; 7 = Purchase agreement Out for Signature; 8 = Agreement Fully Executed; 9 = Under Construction; 10 = Doubtful; 11 = Dead Deal

### Prior Interest

Camp Fire

# Disposition Report

**MARKETING STATUS REPORT - 3.14.2014**

***Previous 30 days***

copaken brooks

| Property Address | Building Type | Brokers | Total SF in Bldg | Available Land For Sale (AC) | % of Bldg Leased | Date Received/ Current Sale Price | Other Notes |
|---|---|---|---|---|---|---|---|
| 50261 County Hwy 17, Vergas, Minnesota | Land (former campground) | Coldwell Banker Preferred Partners, Copaken Brooks, LLC | - | 89.33 Acres (2 parcels) | - | 1/1/2014 - $2,400,000 | - Physical inspection-completed, plans coordinated and marketing information designed and sent out. - Signage has been installed and approved. |

## Most Recent Marketing Activities (Past 30 Days)

| Marketing Activities | Type | Content | Date | Comments | Other Notes |
|---|---|---|---|---|---|
| Email Blast | Mass Email | Marketing Flyer/Building Details | 01/20/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | Copaken Brooks plans to reduce quoted sale price to $2,250,000.00 as of 3/17/14 |
| Conference Call | Marketing | Trust for Public Land, MN | 01/24/14 | Introduction to the Trust For Public Land (TPL): Discussed Land Details and next steps in getting TPL to help fund Ottertail County's purchase of the land. | |
| Direct Canvassing | Hand Delivery | Marketing Details | 01/29/14 | Hand delivered land details to local contacts in the Vergas area. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 02/03/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 02/05/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| Conference Call | Marketing | Trust for Public Land, MN | 02/07/14 | Local Marketing Agent contacted county and set up meeting for Feb 18th to present details of Land to the Public Works committee. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 02/12/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 02/17/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 02/17/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| In Person Meeting | Meeting | Presentation to Ottertail County | 02/18/14 | Local agent met and presented land details and information. Discussed viability of TPL getting involved. Public Works Committee is interested in exploring further. Public Works committee also suggested approaching County Parks and Rec group for buy-in and support. County asked for several weeks to determin interest level. | |
| Broker | Phone Call(s) | Details/Land Information | 02/25/14 | Contacted land owners/developers and brokers in the area to identify prospective buyers. | |
| Conference Call | Marketing | Trust for Public Land, MN | 02/28/14 | Copaken Brooks call with TPL to ID next steps after local agent met with county. Timing for sale could run through October 2014 (earliest) if county wants to purchase the land. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 03/03/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| In Person Meeting | Marketing | Trust for Public Land, MN | 03/11/14 | Local Marketing Agent met again with Ottertail County - The commission's interest in the property may be contingent upon buy in from Minnesota Dept. of Natural Resources. The county is concerned about management and general maintenance of the property moving forward. | |
| Broker Canvassing | Phone Call(s) | Details/Land Information | 03/12/14 | Local developer called in regarding a different property but also requested information on the campground after further discussion. Following up to gauge interest. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 03/17/14 | Next email blast scheduled to be sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | Ongoing | Sent e-mail blast to prospects/brokers/landlords and investors on a local, regional and national level. Email to be sent every two (2) weeks. | |
| Prospecting | Phone Calls | Building details | Ongoing | Making cold calls and follow up calls to prospects/brokers/landlords and investors on a local, regional and national level. Cold calls and follow up calls to be made on a regular and scheduled basis. | |
| Site visit | Inspection | Site visit by property manager and/or marketing agent. | Ongoing | Site will be inspected for repairs, upkeep and other maintenance items to keep it in good and working order. | |

## Prospects

| Last Update | Prospect Type | Tenant Name | Status* | Brokerage Company | Proposed Occupancy Date | Date of Initial Proposal | Sale/Lease Terms (mos.) | Sale Price/ Avg. Lease Rate | Total T.I.'s ($/SF) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2014 | MN State | - | 1 | Copaken Brooks | - | - | - | - | - | After several meetings and presentations to the Ottertail County officials, the commission's interest in the property may be contingent upon buy in from Minnesota Dept. of Natural Resources. The county is concerned about management and general maintenance of the property moving forward. If the DNR is not interested in helping with the property the TPL will not agree to fund a land purchase. In the meantime, we have continued marketing the space to land owners and developers. |
| 3/12/2014 | Developer | Undisclosed | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Information has been forwarded to a developer considering land in the area for development. Following up to gauge interest. |
| 1/16/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with Economic Developer from City of Perham. Preliminary information has been sent. |
| 1/6/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with City of Detroit Lakes Mayor. Preliminary information has been sent. |

*1 = Preliminary; 2 = Toured Property; 3 = Space Planning; 4 = Proposal Submitted; 5 = Negotiation in Progress; 6 = Awaiting Purchase Approval; 7 = Purchase agreement Out for Signature; 8 = Agreement Fully Executed; 9 = Under Construction; 10 = Doubtful; 11 = Dead Deal

## Prior Interest

Camp Fire

copaken brooks

# Disposition Report

## MARKETING STATUS REPORT - 1.21.2014

*Previous 30 days*

| Property Address | Building Type | Brokers | Total SF in Bldg | Available Land For Sale (AC) | % of Bldg Leased | Date Received/ Current Sale Price | Other Notes |
|---|---|---|---|---|---|---|---|
| 50261 County Hwy 17, Vergas, Minnesota | Land (former campground) | Coldwell Banker Preferred Partners, Copaken Brooks, LLC | - | 89.33 Acres | - | 1/1/2014 - $2,400,000 | - Physical inspection-completed, plans coordinated and marketing information designed and sent out. - Signage has been installed and approved. |

## Most Recent Marketing Activities (Past 30 Days)

| Marketing Activities | Type | Content | Date | Comments | Other Notes |
|---|---|---|---|---|---|
| Initial site visit | Inspection | Site visit by property manager | 10/22/13 | Site reviewed and initial recommendations made. | |
| N/A | Legal | Status Update | 11/12/13 | Declaration and Order Appointing Receiver submitted. | |
| Prospecting | Phone Calls | Building details | 12/04/13 | Called on prospects, brokers and potential developers. | |
| N/A | Legal | Status of Order Appointing Receiver | 12/11/13 | Order Appointing Receiver Approved | |
| Site visit | Inspection | Site visit by property manager | 12/18/13 | Full access and keys were provided for this site visit. Keys were mailed to marketing agent. Winterization of property is confirmed. | |
| N/A | Legal | Filings | 12/19/13 | Complaint and Order Appointing Receiver were filed with US District Court in MN. | |
| Signs | Signage | Status | 01/15/14 | 4x8 sign ordered from JH Signs/Perham - Expected to be installed by Jan 31st (weather permitting) | |
| MLS | GAAAR | Listing information | 01/13/14 | Entered listing in Alexandria area MLS | |
| MLS | FMAR | Listing information | 01/13/14 | Entered listing in Fargo/Moorhead area MLS | |
| MLS | LRAR | Listing information | 01/13/14 | Entered listing in Otter Tail County area MLS | |
| MLS | LCAR | Listing information | 01/13/14 | Entered listing in Becker County area MLS | |
| Loopnet | Added | Listing Information | 01/13/14 | Added to National Database | |
| CoStar | Added | Listing information | 01/13/14 | Added to National Database | |
| CampFire | Local Chapter | Mamie Wells | 01/14/14 | Mamie Wells to coordinate inventory report and prospective interest in purchasing equipment as soon as possible (weather permitting). | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | 01/20/14 | Email blast sent to prospects/brokers/landlords and investors on a local, regional and national level. | |
| Site visit | Inspection | Site visit by property manager and/or marketing agent. | Ongoing | Site will be inspected for repairs, upkeep and other maintenance items to keep it in good and working order. | |
| Email Blast | Mass Email | Marketing Flyer/Building Details | Ongoing | Sent e-mail blast to prospects/brokers/landlords and investors on a local, regional and national level. Email to be sent every two (2) weeks. | |
| Prospecting | Phone Calls | Building details | Ongoing | Making cold calls and follow up calls to prospects/brokers/landlords and investors on a local, regional and national level. Cold calls and follow up calls to be made on a regular and scheduled basis. | |

## Prospects

| Last Update | Prospect Type | Tenant Name | Status* | Brokerage Company | Proposed Occupancy Date | Date of Initial Proposal | Sale/Lease Terms (mos.) | Sale Price/ Avg. Lease Rate | Total T.I.'s ($/SF) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2014 | MN State | - | 1 | Copaken Brooks | - | - | - | - | - | Made initial contact with the Trust for Public Land. Conference call to be scheduled the week of January 20th. |
| 1/16/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with Economic Developer from City of Perham. Preliminary information has been sent. |
| 1/6/2014 | Municipality | - | 1 | Coldwell Banker Preferred Partners | - | - | - | - | - | Spoke with City of Detroit Lakes Mayor. Preliminary information has been sent. |

*1 = Preliminary; 2 = Toured Building; 3 = Space Planning; 4 = Proposal Submitted; 5 = Negotiation in Progress; 6 = Awaiting Lease/Purchase Approval; 7 = Lease/Purchase agreement Out for Signature; 8 = Agreement Fully Executed; 9 = Under Construction; 10 = Doubtful; 11 = Dead Deal

## Prior Interest

Database: MRI
ENTITY: 932000
Accrual

# Comparative Income Statement - Detail

## Camp Fire USA-N Star

CWB_CMPINCDT
IS_MC_DETV3

Page: 1
Date: 4/3/2014
Time: 02:47 PM

| | Account # | Current Period Actual Mar 2014 | Current Period Budget Mar 2014 | Current Period Variance | Year-To-Date Actual Mar 2014 | Year-To-Date Budget Mar 2014 | Year-To-Date Variance | Year-To-Date Actual Prior Year | Annual Revised Budget | Annual Original Budget | Annual Actual Prior Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME | | | | | | | | | | | |
| TOTAL INCOME | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EXPENSES | | | | | | | | | | | |
| EXTERIOR MAINTENANCE | | | | | | | | | | | |
| Snow Removal | MC50214060 | 0 | 0 | 0 | 65 | 0 | (65) | 0 | 0 | 0 | 0 |
| TOTAL EXTERIOR MAINTENANCE | | 0 | 0 | 0 | 65 | 0 | (65) | 0 | 0 | 0 | 0 |
| TOTAL CAM / OPERATING COSTS | | 0 | 0 | 0 | 65 | 0 | (65) | 0 | 0 | 0 | 0 |
| TOTAL MISCELLANEOUS EXPENSES | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GENERAL AND ADMINISTRATIVE | | | | | | | | | | | |
| Gas and Electricity | MC50411175 | 222 | 0 | (222) | 222 | 0 | (222) | 0 | 0 | 0 | 0 |
| Professional Services | MC50411270 | 0 | 0 | 0 | 243 | 0 | (243) | 0 | 0 | 0 | 225 |
| Insurance | MC50411285 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,315 |
| TOTAL GENERAL AND ADMINISTRATIVE | | 222 | 0 | (222) | 465 | 0 | (465) | 0 | 0 | 0 | 7,540 |
| TOTAL ALLOCABLE UTILITIES EXPENSE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE SECURITY | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE UNIFORM | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE COMMUNICATIONS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**"Current Period" and "Year-to-Date" are compared against the**

Database: MRI
ENTITY: 932000
Accrual

# Comparative Income Statement - Detail

**Camp Fire USA-N Star**

CWB_CMPINCDT
IS_MC_DETV3


Date: 4/3/2014
Time: 02:47 PM

| Account # | Current Period | | | Year-To-Date | | | | Annual | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Mar 2014 | Budget Mar 2014 | Variance | Actual Mar 2014 | Budget Mar 2014 | Variance | Actual Prior Year | Revised Budget | Original Budget | Actual Prior Year |
| TOTAL ALLOCABLE RE TAX DEPARTMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE MANAGEMENT OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL EXPENSES | 222 | 0 | (222) | 530 | 0 | (530) | 0 | 0 | 0 | 7,540 |
| NET OPERATING INCOME | (222) | 0 | (222) | (530) | 0 | (530) | 0 | 0 | 0 | (7,540) |
| INTEREST EXPENSE, NET | | | | | | | | | | |
| TOTAL INTEREST EXPENSE, NET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION AND AMORTIZATION | | | | | | | | | | |
| TOTAL DEPRECIATION AND AMORTIZATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME | (222) | 0 | (222) | (530) | 0 | (530) | 0 | 0 | 0 | (7,540) |

"Current Period" and "Year-to-Date" are compared against the

| Database: MRI<br>ENTITY: 932000<br>Accrual | **Comparative Balance Sheet**<br>**Camp Fire USA-N Star** | Page: 1<br>Date: 4/3/2014<br>Time: 02:46 PM<br>CWB_BALST<br>BS_MC_DETV3 |
|---|---|---|

| | Mar 2014 | Dec 2013 |
|---|---|---|
| ASSETS | | |
| PROPERTY AND EQUIPMENT, at Cost | | |
| Property and Equipment, Gross | 0 | 0 |
| Accumulated Depreciation | 0 | 0 |
| Property and Equipment, Net | 0 | 0 |
| WORK IN PROCESS | | |
| Work in Process | 0 | 0 |
| CASH AND CASH EQUIVALENTS | | |
| Cash and Cash Equivalents | 0 | 0 |
| RECEIVABLES | | |
| Less Allowance for Doubtful Accounts | 0 | 0 |
| Accounts Receivable, Net | 0 | 0 |
| Receivables | 0 | 0 |
| ADVANCES TO/(FROM) AFFILIATES | | |
| DTF Copaken Brooks | (8,070) | (7,540) |
| Advances To/From Affiliates | (8,070) | (7,540) |
| LOAN COSTS, COMMISSIONS AND OTHER INTANGIBLES | | |
| ACCUMULATED AMORTIZATION | | |
| Intangibles, Net | 0 | 0 |
| OTHER ASSETS | | |
| Other Assets | 0 | 0 |
| TOTAL ASSETS | (8,070) | (7,540) |

Database: MRI
ENTITY: 932000
Accrual

## Comparative Balance Sheet
**Camp Fire USA-N Star**


Date: 4/3/2014
Time: 02:46 PM
CWB_BALST
BS_MC_DETV3

| | Mar 2014 | Dec 2013 |
|---|---|---|
| LIABILITIES | | |
| NOTES PAYABLE | | |
| Notes Payable | 0 | 0 |
| ACCOUNTS PAYABLE, TRADE | | |
| Accounts Payable, Trade | 0 | 0 |
| ACCRUED INTEREST | | |
| Accrued Interest | 0 | 0 |
| ACCRUED REAL ESTATE TAXES | | |
| Accrued Real Estate Taxes | 0 | 0 |
| OTHER ACCRUED EXPENSES | | |
| Other Accrued Expenses | 0 | 0 |
| DEFERRED LIABILITIES | | |
| Deferred Liabilities | 0 | 0 |
| TENANT/OTHER DEPOSITS | | |
| Tenant/Other Deposits | 0 | 0 |
| OTHER LIABILITIES | | |
| Other Liabilities | 0 | 0 |
| TOTAL LIABILITIES | 0 | 0 |
| EQUITY | | |
| EQUITY, BEGINNING OF YEAR | (7,540) | 0 |
| CURRENT YEAR EARNINGS | (530) | (7,540) |
| TOTAL EQUITY | (8,070) | (7,540) |
| TOTAL LIABILITIES AND PARTNERS' EQUITY | (8,070) | (7,540) |

Database: MRI
ENTITY: 932000

Accrual

# General Ledger

**Camp Fire USA-N Star**

**01/14 - 03/14**

Page: 1
Date: 04/03/2014
Time: 02:48 PM

| Account Entity | Period | Entry Date | Src | Reference | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **13111-000** | | | **Cash-Depository** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 01/14 | 1/15/2014 | AP | 321834 | | | A/P Cash Disbursed for checks 1002-1002 | | 242.91 | -242.91 |
| 932000 | 01/14 | 1/23/2014 | AP | 322096 | | | A/P Cash Disbursed for checks 1003-1003 | | 65.00 | -307.91 |
| 932000 | 01/14 | 1/24/2014 | JO | 000000090953 | | | Dep 1/17; CB funds advanced | 307.91 | | 0.00 |
| 932000 | 03/14 | 3/12/2014 | AP | 323979 | | | A/P Cash Disbursed for checks 1004-1004 | | 222.31 | -222.31 |
| 932000 | 03/14 | 3/14/2014 | JO | 000000091922 | | | Dep 3/12; CB advance | 222.31 | | 0.00 |
| | | | | | | | **** Account Totals** | 530.22 | 530.22 | **0.00** |
| **13611-165** | | | **DTF Copaken Brooks** | | | | *Balance Forward* | | | *-7,539.84* |
| 932000 | 01/14 | 1/24/2014 | JO | 000000090953 | | | Dep 1/17; CB funds advanced | | 307.91 | -7,847.75 |
| 932000 | 03/14 | 3/14/2014 | JO | 000000091922 | | | Dep 3/12; CB advance | | 222.31 | -8,070.06 |
| | | | | | | | **** Account Totals** | 0.00 | 530.22 | **-8,070.06** |
| **20311-000** | | | **Systems Payable** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 01/14 | 1/14/2014 | AP | 321720 | | | A/P Total Payables for 01/14 | | 242.91 | -242.91 |
| 932000 | 01/14 | 1/15/2014 | AP | 321834 | | | A/P Total Payables for 01/14 | 242.91 | | 0.00 |
| 932000 | 01/14 | 1/16/2014 | AP | 321930 | | | A/P Total Payables for 01/14 | | 65.00 | -65.00 |
| 932000 | 01/14 | 1/23/2014 | AP | 322096 | | | A/P Total Payables for 01/14 | 65.00 | | 0.00 |
| | | | | | | | **** Account Totals** | 307.91 | 307.91 | **0.00** |
| **30160-000** | | | **Accumulated Earnings** | | | | *Balance Forward* | | | *7,539.84* |
| **50214-060** | | | **Snow Removal** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 01/14 | 1/16/2014 | AP | 321930 | | | 1648 Plow Open Trowbridge<br>Getz Landscaping | 65.00 | | 65.00 |
| | | | | | | | **** Account Totals** | 65.00 | 0.00 | **65.00** |
| **50411-175** | | | **Gas and Electricity** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 03/14 | 3/12/2014 | AP | 323979 | | | 1004 3/11/2014 Svc<br>12/4/12-12/17/12 Diversified Adjustment Service Inc. | 222.31 | | 222.31 |
| | | | | | | | **** Account Totals** | 222.31 | 0.00 | **222.31** |

# General Ledger

**Camp Fire USA-N Star**

Accrual

**01/14 - 03/14**

| Account Entity | Period | Entry Date | Src | Reference | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **50411-270** | | | **Professional Services** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 01/14 | 1/14/2014 | AP | 321720 | | | 3 Site Visit Dec 18<br>BJ Property Management, LLC | 242.91 | | 242.91 |
| | | | | | | | **** Account Totals** | 242.91 | 0.00 | **242.91** |
| **50411-285** | | | **Insurance** | | | | *Balance Forward* | | | *0.00* |
| | | | | | | | **** Grand Totals** | 1,368.35 | 1,368.35 | |

Database: MRI
ENTITY: 932000
Accrual

# Comparative Income Statement - Detail
## Camp Fire USA-N Star

CWB_CMPINCDT
IS_MC_DETV3

Page: 1
Date: 4/3/2014
Time: 02:44 PM

| | Account # | Current Period Actual Dec 2013 | Current Period Budget Dec 2013 | Current Period Variance | Year-To-Date Actual Dec 2013 | Year-To-Date Budget Dec 2013 | Year-To-Date Variance | Year-To-Date Actual Prior Year | Annual Revised Budget | Annual Original Budget | Annual Actual Prior Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME | | | | | | | | | | | |
| TOTAL INCOME | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EXPENSES | | | | | | | | | | | |
| TOTAL CAM / OPERATING COSTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL MISCELLANEOUS EXPENSES | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GENERAL AND ADMINISTRATIVE | | | | | | | | | | | |
| Professional Services | MC50411270 | 225 | 0 | (225) | 225 | 0 | (225) | 0 | 0 | 0 | 0 |
| Insurance | MC50411285 | 7,315 | 0 | (7,315) | 7,315 | 0 | (7,315) | 0 | 0 | 0 | 0 |
| TOTAL GENERAL AND ADMINISTRATIVE | | 7,540 | 0 | (7,540) | 7,540 | 0 | (7,540) | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE UTILITIES EXPENSE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE SECURITY | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE UNIFORM | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE COMMUNICATIONS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE RE TAX DEPARTMENT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ALLOCABLE MANAGEMENT OFFICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL EXPENSES | | 7,540 | 0 | (7,540) | 7,540 | 0 | (7,540) | 0 | 0 | 0 | 0 |

**"Current Period" and "Year-to-Date" are compared against the**

# Comparative Income Statement - Detail

**Camp Fire USA-N Star**



| Account # | Current Period | | | Year-To-Date | | | | Annual | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Dec 2013 | Budget Dec 2013 | Variance | Actual Dec 2013 | Budget Dec 2013 | Variance | Actual Prior Year | Revised Budget | Original Budget | Actual Prior Year |
| NET OPERATING INCOME | (7,540) | 0 | (7,540) | (7,540) | 0 | (7,540) | 0 | 0 | 0 | 0 |
| INTEREST EXPENSE, NET | | | | | | | | | | |
| TOTAL INTEREST EXPENSE, NET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION AND AMORTIZATION | | | | | | | | | | |
| TOTAL DEPRECIATION AND AMORTIZATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME | (7,540) | 0 | (7,540) | (7,540) | 0 | (7,540) | 0 | 0 | 0 | 0 |

"Current Period" and "Year-to-Date" are compared against the

| Database: MRI<br>ENTITY: 932000<br>Accrual | **Comparative Balance Sheet**<br>**Camp Fire USA-N Star** | Page: 1<br>Date: 4/3/2014<br>Time: 02:43 PM<br>CWB_BALST<br>BS_MC_DETV3 |
|---|---|---|

| | Dec 2013 | Dec 2012 |
|---|---|---|
| ASSETS | | |
| PROPERTY AND EQUIPMENT, at Cost | | |
| Property and Equipment, Gross | 0 | 0 |
| Accumulated Depreciation | 0 | 0 |
| Property and Equipment, Net | 0 | 0 |
| WORK IN PROCESS | | |
| Work in Process | 0 | 0 |
| CASH AND CASH EQUIVALENTS | | |
| Cash and Cash Equivalents | 0 | 0 |
| RECEIVABLES | | |
| Less Allowance for Doubtful Accounts | 0 | 0 |
| Accounts Receivable, Net | 0 | 0 |
| Receivables | 0 | 0 |
| ADVANCES TO/(FROM) AFFILIATES | | |
| DTF Copaken Brooks | (7,540) | 0 |
| Advances To/From Affiliates | (7,540) | 0 |
| LOAN COSTS, COMMISSIONS AND OTHER INTANGIBLES | | |
| ACCUMULATED AMORTIZATION | | |
| Intangibles, Net | 0 | 0 |
| OTHER ASSETS | | |
| Other Assets | 0 | 0 |
| TOTAL ASSETS | (7,540) | 0 |

| Database: MRI<br>ENTITY: 932000<br>Accrual | **Comparative Balance Sheet**<br>**Camp Fire USA-N Star** | Page: 2<br>Date: 4/3/2014<br>Time: 02:43 PM<br>CWB_BALST<br>BS_MC_DETV3 |
|---|---|---|

| | Dec 2013 | Dec 2012 |
|---|---|---|
| LIABILITIES | | |
| NOTES PAYABLE | | |
| Notes Payable | 0 | 0 |
| ACCOUNTS PAYABLE, TRADE | | |
| Accounts Payable, Trade | 0 | 0 |
| ACCRUED INTEREST | | |
| Accrued Interest | 0 | 0 |
| ACCRUED REAL ESTATE TAXES | | |
| Accrued Real Estate Taxes | 0 | 0 |
| OTHER ACCRUED EXPENSES | | |
| Other Accrued Expenses | 0 | 0 |
| DEFERRED LIABILITIES | | |
| Deferred Liabilities | 0 | 0 |
| TENANT/OTHER DEPOSITS | | |
| Tenant/Other Deposits | 0 | 0 |
| OTHER LIABILITIES | | |
| Other Liabilities | 0 | 0 |
| TOTAL LIABILITIES | 0 | 0 |
| EQUITY | | |
| CURRENT YEAR EARNINGS | (7,540) | 0 |
| TOTAL EQUITY | (7,540) | 0 |
| TOTAL LIABILITIES AND PARTNERS' EQUITY | (7,540) | 0 |

Database: MRI
ENTITY: 932000

Accrual

# General Ledger

**Camp Fire USA-N Star**

**12/13 - 12/13**

Page: 1
Date: 04/03/2014
Time: 02:42 PM

| Account Entity | Period | Entry Date | Src | Reference | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **13111-000** | | | **Cash-Depository** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 12/13 | 12/24/2013 | AP | 320867 | | | A/P Cash Disbursed for checks 1001-1001 | | 7,314.84 | -7,314.84 |
| 932000 | 12/13 | 1/16/2014 | AP | 321935 | | | A/P Cash Disbursed for checks 1000-1000 | | 225.00 | -7,539.84 |
| 932000 | 12/13 | 12/26/2013 | JO | 000000090396 | | | Dep 12/20; CB advance of funds | 225.00 | | -7,314.84 |
| 932000 | 12/13 | 12/30/2013 | JO | 000000090414 | | | Dep 12/27; CB advance | 7,314.84 | | 0.00 |
| | | | | | | | **** Account Totals** | 7,539.84 | 7,539.84 | **0.00** |
| **13611-165** | | | **DTF Copaken Brooks** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 12/13 | 12/26/2013 | JO | 000000090396 | | | Dep 12/20; CB advance of funds | | 225.00 | -225.00 |
| 932000 | 12/13 | 12/30/2013 | JO | 000000090414 | | | Dep 12/27; CB advance | | 7,314.84 | -7,539.84 |
| | | | | | | | **** Account Totals** | 0.00 | 7,539.84 | **-7,539.84** |
| **20311-000** | | | **Systems Payable** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 12/13 | 12/19/2013 | AP | 320695 | | | A/P Total Payables for 12/13 | | 7,314.84 | -7,314.84 |
| 932000 | 12/13 | 12/24/2013 | AP | 320867 | | | A/P Total Payables for 12/13 | 7,314.84 | | 0.00 |
| | | | | | | | **** Account Totals** | 7,314.84 | 7,314.84 | **0.00** |
| **50411-270** | | | **Professional Services** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 12/13 | 1/16/2014 | AP | 321935 | | | 1000 12/17/2013 Site Visit to Camp<br>BJ Property Management, LLC | 225.00 | | 225.00 |
| | | | | | | | **** Account Totals** | 225.00 | 0.00 | **225.00** |
| **50411-285** | | | **Insurance** | | | | *Balance Forward* | | | *0.00* |
| 932000 | 12/13 | 12/19/2013 | AP | 320695 | | | 4995 Property & Liability<br>Marsh and McLennan Agency, LLC | 7,314.84 | | 7,314.84 |
| | | | | | | | **** Account Totals** | 7,314.84 | 0.00 | **7,314.84** |
| | | | | | | | **** Grand Totals** | 22,394.52 | 22,394.52 | |




Copyright 2013 Otter Tail County, MN. Accuracy is NOT guaranteed. For REFERENCE purposes only. THIS IS NOT A LEGAL DOCUMENT. Wed




Copyright 2013 Otter Tail County, MN. Accuracy is NOT guaranteed. For REFERENCE purposes only. THIS IS NOT A LEGAL DOCUMENT. Wed