UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CAMP FIRE NATIONAL HEADQUARTERS f/k/a CAMP FIRE USA, <br><br> Plaintiff, <br><br> v. <br><br> CAMP FIRE USA NORTHERN STAR COUNCIL <br><br> Defendant. | ) ) ) ) ) ) Case No. 4:13-cv-01108-FJG ) ) ) ) ) |

## RECEIVER'S INVENTORY OF PERSONAL PROPERTY

COMES NOW Camp Fire National Headquarters f/k/a Camp Fire USA, on behalf of the Receiver, Copaken Brooks, LLC ("**Receiver**"), and files the Receiver's preliminary inventory list of personal property located at Camp Trowbridge located in Vergas, Minnesota, which property is in the possession of the Receiver. A true and accurate copy of the Inventory is attached hereto as **Exhibit A**. Receiver will be completing and filing an updated inventory report by or before May 31, 2014.

Upon Receiver's information and belief, there is no property or assets of the receivership estate that are claimed and held by others.

Respectfully submitted

LATHROP & GAGE LLP


By: /s/ *Matthew L. Faul*
Matthew L. Faul (57397MO)
2345 Grand Blvd., Ste 2400
Kansas City, Missouri 64108
Telephone: 816.292.2000
Telecopier: 816.292.2001
Email: mfaul@lathropgage.com
*Attorneys for Plaintiff Camp Fire USA*

20854250v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the above and foregoing to be filed via the CM/ECF electronic filing system on this 7th day of May, 2014 and thereby served upon all counsel of record. A copy has also been sent via U.S. first class mail, postage prepaid to the following:

Cindy Charlton, President
Northern Star Council of Camp Fire
807 16th St., North
Moorhead, MN 56560

/s/ Matthew L. Faul

20854250v1

2

Case 4:13-cv-01108-FJG   Document 15   Filed 05/07/14   Page 2 of 2