Inventory taken 4/14/2014

36 Bunk beds – we were not able to access all buildings
21 Canoes
01 Pontoon – no motor
03 Roll out docks
01 Floating Raft
09 Boxes Pink Wall Tile
01 Shop Vac
04 Folding Tables
01 Deep Sink- 3 compartments
01 Convection Oven
01 Large Stainless Steel Table
02 Small Stainless Steel Tables
01 Commercial Blender
01 Steamer
01 Bakery Rack
03 Metal Shelving
01 Commercial Range Hood
01 Deep Sink – 1 compartment
02 Paddle Boats
01 Sail Boat – (22 Ft??)
01 Catamaran
01 John Deer Tractor
01 Spin Trimmer
01 Push Mower
01 John Deer Pull Behind Trailer
01 Yamaha Golf Cart
01 Steel Ladder
01 Mobile Buffet
Kitchen has numerous stainless steel pots, pans, utensils – see enclosed
Several old frigs and stoves

*J Johnson* (signature)

**EXHIBIT A**